UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES GAINES,<br><br>      Plaintiffs,<br><br>  v.<br><br>BNSF RAILWAY COMPANY, a<br>Delaware corporation,<br><br>      Defendants. | NO:  4:20-CV-5106-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

  BEFORE THE COURT is the parties' Joint Motion for Dismissal with Prejudice.  ECF No. 22.  The parties jointly move the Court for an Order dismissing the above-captioned matter with prejudice and without costs to either party.  The Court has reviewed the record and files herein, and is fully informed.

  According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear its own costs.

All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** September 10, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2